IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARK S. SMITH, JR.,**

**Plaintiff,**

v.

**WACKER NUESON CORPORATION,**
**and WACKER NUESON SE,**

**Defendants.**                                                                 **No. 09-1064-DRH**

_____

**WACKER NUESON CORPORATION,**
**and WACKER NUESON SE,**

**Third-Party Plaintiffs,**

v.

**FONTANA CONTRACTING COMPANY,**
**and WESCON PRODUCTS COMPANY,**
**a subsidiary of Latshaw Enterprises, Inc.,**

**Third-Party Defendants.**

## ORDER

**HERNDON, Chief Judge:**

      Now before the Court are Third-Party Defendant Fontana Contracting Company's September 29, 2010 motions to set aside default (Doc. 53) and for leave to file an answer (Doc. 54). As of today's date, Third-Party Plaintiffs Wacker Neuson Corporation and Wacker Neuson SE have not responded to the motions. Pursuant to **Local Rule 7.1(g)**, the Court considers the failure to respond as admissions of the

merits of the motions.[1]  Thus, the Court **GRANTS** the motions.  The Court **VACATES** the Entry of Default entered on September 17, 2010 (Doc. 49).   Further, the Court **ORDERS** Fontana Contracting Company to file its answer to the Third-Party Complaint instanter.

    **IT IS SO ORDERED.**

    Signed this 18th day of October, 2010.

David R. Herndon
2010.10.18 10:34:10
-05'00'

**Chief Judge**
**United States District Court**

---

[1] "Failure to file a timely response to a motion may, in the Court's discretion, be considered an admission of the merits of the motion."  **Local Rule 7.1(g)**.