IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**MARK S. SMITH, JR.,**
**Plaintiff,**

v.

**WACKER NEUSON CORPORATION**
**and WACKER NEUSON SE,**
**Defendants.**

No. 09-CV-1064-DRH-DGW

**WACKER NEUSON CORPORATION**
**and WACKER NEUSON SE,**
**Third-Party Plaintiffs,**

v.

**FONTANA CONTRACTING COMPANY**
**and WESCON PRODUCTS COMPANY,**
**a subsidiary of Latshaw Enterprises, Inc.,**
**Third-Party Defendants.**

### ORDER

**HERNDON, Chief Judge:**

On October 13, 2011, plaintiff filed a notice of voluntary dismissal with prejudice of Wacker Neuson SE (Doc. 90). The Court **ACKNOWLEDGES** the notice of dismissal and **DISMISSES with prejudice** Wacker Neuson SE as a defendant. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment at the close of the case reflecting the same.

**IT IS SO ORDERED.**

Signed this 14th day of October, 2011.

Digitally signed by
David R. Herndon
Date: 2011.10.14
09:53:55 -05'00'

**Chief Judge**
**United States District Court**