IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WACKER NEUSON CORPORATION
and WACKER NEUSON SE,

Third-Party Plaintiffs,

v.

FONTANA CONTRACTING COMPANY             09-1064-DRH
and WESCON PRODUCTS COMPANY,
a subsidiary of Latshaw Enterprises, Inc.,

Third-Party Defendants.

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is the parties' stipulation for dismissal with prejudice (Doc. 128). Based on the stipulation, the Court **DISMISSES with prejudice** the third party action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment as to the entire case.

**IT IS SO ORDERED.**

Signed this 21sth day of September, 2012.

Digitally signed by
David R. Herndon
Date: 2012.09.21
14:46:25 -05'00'

Chief Judge
United States District Court